AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| David Manuel Arrellano<br>*Plaintiff*<br>v.<br>Great Lakes Educational Loan Services, Inc.<br>*Defendant* | Civil Action No. 5:19-cv-00094-C |

## Summons in a Civil Action

**TO:** Great Lakes Educational Loan Services, Inc.   c/o Registered Agent
C T Corporation System
1999 Bryan Street, Suite 900
A lawsuit has been filed against you.   Dallas, TX 75201

   Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Joseph Davidson
2500 South Highland Avenue
Suite 200
Lombard , IL 60148

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 05/23/2019

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:19-cv-00094

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GREAT LAKES EDUCATIONAL LOAN SERVICES, INC. was received by me on *(date)* Jun 20, 2019, 12:59 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MELISSA TORRES , who is designated by law to accept service of process on behalf of *(name of organization)* CT CORPORATION SYSTEM, THE REGISTERED AGENT FOR GREAT LAKES EDUCATIONAL LOAN SERVICES, INC. on *(date)* Tue, Jun 25, 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 06/25/2019

*Server's signature*

Kathleen Miller - Process Server - PSC-1898 Exp. 3/31/2020
*Printed name and title*

1910 Pacific Avenue, Suite 16700, Dallas, TX 75201
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Jun 25, 2019, 10:20 am at 1999 BRYAN ST., SUITE 900, DALLAS, TX 75201 received by GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., BY DELIVERING TO ITS REGISTERED AGENT, CT CORPORATION SYSTEM, WHERE THE DOCUMENT WAS ACCEPTED BY MELISSA TORRES, DESIGNATED AGENT FOR SERVICE OF PROCESS

DELIVERED TO THE ABOVE NAMED WAS A SUMMONS IN A CIVIL ACTION AND COMPLAINT.