Nayeem N. Mohammed (nayeem.mohammed@gmail.com)
State Bar No. 24082001
LAW OFFICE OF NAYEEM N. MOHAMMED
417 Misty Lane
Lewisville, Texas 75067
Phone:  (972) 767-9099

**LOCAL COUNSEL FOR PLAINTIFF**
**DAVID MANUEL ARRELLANO**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| **DAVID MANUEL ARRELLANO,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 5:19-cv-00094-C |
| | § | |
| **GREAT LAKES EDUCATIONAL** | § | |
| **LOAN SERVICES, INC.,** | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF APPEARANCE ON BEHALF OF**
**PLAINTIFF DAVID MANUEL ARRELLANO**

COME NOWS, Nayeem N. Mohammed of the Law Office of Nayeem N. Mohammed, and pursuant to Local Rule 83.10(c), hereby enters this Notice of Appearance as counsel of record on behalf of Plaintiff David Manuel Arrellano, and requests that all papers, notices and other materials pertaining to this matter be directed to their attention at the contact information below:

**Nayeem N. Mohammed (nayeem.mohammed@gmail.com)**
**LAW OFFICE OF NAYEEM N. MOHAMMED**
**417 Misty Lane**
**Lewisville, Texas 75067**
**Phone: (972) 767-9099**

Dated: December 16, 2019         Respectfully submitted:

> By: */s/ Nayeem N. Mohammed*
> Nayeem N. Mohammed
> Nayeem.Mohammed@gmail.com
> State Bar No. 24082001
> LAW OFFICE OF NAYEEM N. MOHAMMED
> 417 Misty Lane
> Lewisville, Texas 75067
> Telephone: (972) 767-9099
>
> **LOCAL COUNSEL FOR PLAINTIFF**
> **DAVID MANUEL ARRELLANO**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 16, 2019, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

> */s/ Nayeem N. Mohammed*
> Nayeem N. Mohammed