UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

DAVID MANUEL ARRELLANO,

    Plaintiff,

v.                                            No. 5:19-CV-094-H

GREAT LAKES EDUCATIONAL
LOAN SERVICES, INC.,

    Defendant.

## ORDER

The Court, having reviewed the docket in this case, notes that Arrellano is not in compliance with the local counsel requirement set out by this Court's Local Civil Rules. Local Civil Rule 83.10 requires parties in civil cases to obtain local counsel, which is defined as "a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending." Attorneys who seek to proceed without local counsel must first obtain leave from the presiding judge. *Id.*

Arrellano is therefore ordered to obtain local counsel or file a motion to proceed without local counsel by January 2, 2020.

So ordered on December 18, 2019.

                                      JAMES WESLEY HENDRIX
                                      UNITED STATES DISTRICT JUDGE