IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| DAVID MANUEL ARRELLANO,<br><br>Plaintiff,<br><br>v.<br><br>GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.,<br><br>Defendant. | Case No. 5:19-cv-00094-H |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that DAVID MANUEL ARRELLANO (the "Plaintiff") and GREAT LAKES EDUCATIONAL LOAN SERVICES, INC. (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: February 11, 2020

Respectfully submitted,

**DAVID MANUEL ARRELLANO**

By: */s/ Mohammed Badwan*

Mohammed Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com