UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| DAVID MANUEL ARRELLANO,<br><br>   Plaintiff,<br><br>v.<br><br>GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.,<br><br>   Defendant. | Case No. 5:19-cv-00094-C |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DAVID MANUEL ARRELLANO and the Defendant GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: March 26, 2020                               Respectfully Submitted,

DAVID MANUEL ARRELLANO            GREAT LAKES EDUCATIONAL LOAN
                                                                 SERVICES, INC.

*/s/ Mohammed O. Badwan*                       */s/ Mark W. McBrayer (with consent)*
Mohammed O. Badwan                              Mark W. McBrayer
*Counsel for Plaintiff*                                    *Counsel for Defendant*
Sulaiman Law Group, LTD.                         Crenshaw, Dupree & Milam, LLP
2500 S. Highland Ave., Ste. 200                 4411 98th Street, Suite 700
Lombard, Illinois 60148                              P.O. Box 64479
Phone: (630) 575-8181                              Lubbock, Texas 79464
mbadwan@sulaimanlaw.com                    Phone: (806) 762-5281
                                                                  mmcbrayer@cdmlaw.com