UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| DAVID MANUEL ARRELLANO,<br><br>    Plaintiff,<br><br>v.<br><br>GREAT LAKES EDUCATIONAL<br>LOAN SERVICES, INC.,<br><br>    Defendant. | No. 5:19-CV-094-H |

### ORDER GRANTING STIPULATION
### OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' stipulation of dismissal with prejudice. Dkt. No. 23. The Court instructs the Clerk of Court to enter this dismissal and terminate the case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), permitting dismissal of an action without a court order. All causes of action are dismissed with prejudice against all parties. Each party shall bear its own costs and attorney's fees.

So ordered on March 27, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE